UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs.

DEAN ROGER STAFFORD (01)

JUDGEMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

Criminal Case No. 90-0989-K

KEVIN MCINERNEY
Defendant's Attorney

THE DEFENDANT:

/X/ pleaded guilty to count(s)  three of the indictment

/_/ was found guilty on count(s) _____
after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNT NUMBER(S) |
|---|---|---|
| 26 USC 5861(d), 5871 | UNLAWFULL POSSESSION OF AN UNREGISTERED FIREARM | 3 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

/_/ The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).

/X/ Remaining counts _____ (is)(are) dismissed on the motion of the United States.

/X/ It is ordered that the defendant shall pay to the United States a special assessment of $ 50.00 which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within thirty days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgement are fully paid.

Defendant's Soc. Sec. Number: _____

Defendant's address: _____

November 13, 1990
DATE OF IMPOSITION OF SENTENCE

JUDITH N. KEEP
UNITED STATES DISTRICT JUDGE
FILED: 11/13/90
WILLIAM W. LUDDY, CLERK
By C. Spadoni, Deputy Clerk

12

```
DEFENDANT: DEAN ROGER STAFFORD (01)              Judgment - Page  2  of  4
CASE NUMBER: 90-0989-K
```

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

**24 MONTHS, TO RUN CONCURRENT WITH SENTENCE IMPOSED IN 89-0278**

/_/ The Court makes the following recommendations to the Bureau of Prisons:

/_/ The defendant is remanded to the custody of the United States Marshal.

/_/ The defendant shall surrender to the United States Marshal for this District:
    /_/ at _____ a.m./p.m. on _____.
    /_/ as notified by the Marshal.

/_/ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons
    /_/ before 2:00 p.m. on _____.
    /_/ as notified by the United States Marshal.
    /_/ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                          UNITED STATES MARSHAL

                          By:_____
                               Deputy Marshal

AO 245 S (3/88) SHEET 3 SUPERVISED RELEASE

Judgement - Page __3__ of __4__

DEFENDANT: DEAN ROGER STAFFORD (01)
CASE NUMBER: 90-0989-K

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __2 YEARS__

While on supervised release, the defendant shall not commit another federal state or local crime and shall comply with the standard conditions that have been adopted by the Court (set forth on the following page). If this judgement imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

/_/ The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

1) The defendant shall not possess firearms, explosive devices or dangerous weapons in any form.

2) The defendant shall participate in a drug or alcohol abuse treatment program which may include testing and counseling, as directed by the probation department.

3) The defenant shall submit his person and property to search, conducted in a reasonable manner, at reasonable times, by a probation officer.

4) The defendant shall report all vehicles in his possession or control to the probation department.

The Court finds the defendant unable to pay a fine or costs of prosecution.

AO 245 S (3/88) SHEET 5 - STANDARD CONDITIONS OF PROBATION

Judgement - Page  4  of  4

DEFENDANT: DEAN ROGER STAFFORD (01)
CASE NUMBER:    90-0989-K

## STANDARD CONDITIONS OF SUPERVISION

It is the Order of the Court that you shall comply with the following condition

1) Not leave the judicial district without permission of the Probation Officer

2) Report to the Probation Officer as directed by the Court or Probation Offic and submit a truthful and complete written report at the end of each month.

3) Answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer.

4) Support dependents and meet other family responsibilities.

5) Work regularly at a lawful occupation unless excused by the Probation Offic for schooling, training or other acceptable reasons.

6) Notify the Probation Officer within three days of any change in residence or employment.

7) Refrain from excessive use of alcohol and not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

8) Not frequent places where controlled substances are illegally sold, used, distributed, or administered, or other places specified by the Court.

9) Not associate with any person who is on probation or parole, or who has been or is engaged in criminal activity, unless granted permission to do so by the Probation Officer.

10) Permit a Probation Officer to visit you at any time at home or elsewhere and permit confiscation of any contraband observed in plain view by the Probation Officer.

11) Not violate any law (federal, state or local) during the term of super- vision, and notify the Probation Officer within three days if arrested or questioned by a law enforcement officer.

12) Not enter into any agreement to act as an informer or a special agent of law enforcement agency without the permission of the Court.

13) As directed by the Probation Officer, notify third parties of risks that may be occasioned by your criminal record or personal history and permit the Probation Officer to make such notifications and to confirm your compliance with such notification requirement.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Date of Sent: 11/13/90

Case No. 90-J989

United States v. Dean Roger Stafford

I.  Statement of Reasons for Imposing Sentence

    1. Total Offense level is 10
    2. Criminal History Category is VI
    3. Guideline Range is 24-30 m/o
    4. Mandatory minimum is _____
       (write NA if does not affect guideline range)

A.  Guideline range does not exceed 24 months
    1. sentence is 27 m/o

B.  The Guideline range exceeds 24 months
    1. sentence is _____
       a. the defendant's background and attitude support a sentence at the bottom range of the guidelines.
       b. no particularly aggravating or mitigating circumstances so mid-range is appropriate
       c. the criminal history and other criminal conduct of the defendant supports a sentence in the top range of the guidelines
       d. see PSR _____
       e. other

C.  Departure (circle)
       a. high speed chase
       b. criminal history score does not adequately reflect defendant's danger to society
       c. see p. _____ lines _____ PSR
       d. departure downward based on plea bargain found to be reasonable.

D.  Restitution (circle)
       1. not applicable
       2. full restitution ordered
       3. defendant unable to pay full restitution within probation period or period supervised release

E.  Fine (circle)
       1. No fine ordered as defendant affirmatively demonstrated an inability to pay a fine
       2. Fine of _____ imposed.